**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMES "JIM" E. FALLON,

    Plaintiff,

v.                              Case No: 8:14-cv-315-T-30MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #27) and the Objections (Dkt. #28) filed thereto.  After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #27) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    The decision of the Defendant Commissioner is AFFIRMED.

3.    The Plaintiff's Complaint is DISMISSED.

4. The Plaintiff's Motion for Remand for New Hearing or Reconsideration, and/or Consideration of New Evidence (Dkt. #20) is DENIED.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of August, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Odd\2014\14-cv-315 adopt 27.docx

2